

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2021

No. 04-19-00715-CV

**THE STATE OF TEXAS**, ex. rel. Todd A. Durden, In his Official Capacity as County Attorney of Kinney County, Texas, Relator,
Appellant

v.

Rick **ALVARADO**, In his Official Capacity as District and County Clerk of Kinney County, Texas, Respondent; and Kinney County, Texas, By and Through Its Governing Body the Kinney County Commissioners Court, Being James T. 'Tully' Shahan, In his Official Capacity as County Judge; Mark Frerich, In his Official Capacity as County Commissioner; Joe Montalvo, In his Official Capacity as County Commissioner; Dennis Dodson, In his Official Capacity as County Commissioner,,
Appellee

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 4863
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant filed a reply brief on December 15, 2020. On December 29, 2020, Appellees filed a motion for leave to file a sur-reply brief and the sur-reply brief. *See* TEX. R. APP. P. 38.3, 38.6(c).

Appellees' motion is GRANTED. Appellees' sur-reply brief is deemed timely filed.

It is so **ORDERED** January 15, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT